OPINION — AG — ** CONVICTION — CONTRACTS WITH THE STATE — ABILITY ** (1) 51 O.S. 24.3 [51-24.3] DOES `NOT' APPLY TO CONTRACTS EXECUTED PRIOR TO SEPTEMBER 8, 1981. HOWEVER, IT `DOES' APPLY TO FIRMS, INDIVIDUALS OR CORPORATIONS WHO HAVE BEEN CONVICTED OF OR PLEADED GUILTY (OR NOLO CONTENDERE) TO ONE OF THE PROSCRIBED FELONIES PRIOR TO SEPTEMBER 8, 1981. (2) THERE IS NO LIMIT TO THE APPLICABILITY ON 51 O.S. 24.3 [51-24.3] (3) 51 O.S. 24.3 [51-24.3] APPLIES TO CONVICTIONS WHICH ARE BASED ON PLEAS OF NOLO CONTENDERE. (4) 51 O.S. 24.3 [51-24.3] APPLIES TO PERSONS, FIRMS OR CORPORATIONS WHO HAVE BEEN CONVICTED OF OR PLEADED GUILTY (OR NOLO CONTENDERE) TO ANY FELONY INVOLVING FRAUD, BRIBERY OR CORRUPTION IN ANY COURT OR TRIBUNAL OR UPON A CONVICTION OR PLEA OF GUILTY (OR NOLO CONTENDERE) TO ANY FELONY ARISING OUT OF SALES OF REAL PROPERTY OR PERSONAL PROPERTY TO THE STATE OF OKLAHOMA OR ANY OF ITS POLITICAL SUBDIVISIONS. (5) 51 O.S. 24.3 [51-24.3] DOES `NOT' APPLY TO PERSONS, FIRMS OR CORPORATIONS (WOULD HAVE BEEN) CONVICTED OF OR PLEADED GUILTY (OR NOLO CONTENDERE) TO A PROSCRIBED FELONY BUT FOR THE GRANT OF AN IMMUNITY FROM PROSECUTION. (6) 51 O.S. 24.3 [51-24.3] 'MAY(?)' APPLY TO FIRMS OR CORPORATIONS WHICH HAVE SOME RELATIONSHIP (E.G. AS PARENT, SUBSIDIARY, AFFILIATE, PREDECESSOR OR "SPIN OFF") WITH FIRMS OR CORPORATIONS TO WHOM 51 O.S. 24.3 [51-24.3] APPLIES. (7) 51 O.S. 24.3 [51-24.3] 'MAY(?)' APPLY TO A FIRM OR CORPORATION IF AN INDIVIDUAL TO WHOM THIS STATUTE DOES APPLY ASSOCIATES HIM OR HERSELF WITH THIS FIRM OR CORPORATION. (8) 51 O.S. 24.3 [51-24.3] `CAN' RENDER A CONTRACT VOID. (9) 51 O.S. 24.3 [51-24.3] PROHIBITS ONE WHO IS A PARTY TO A CONTRACT TO SELL REAL OR PERSONAL PROPERTY TO THE STATE OR ONE OF ITS POLITICAL SUBDIVISIONS FROM SUBCONTRACTING, IN THE COURSE OF PERFORMING HIS CONTRACT, WITH A PERSON, FIRM OR CORPORATION TO WHOM THIS STATUTE APPLIES. (10) 51 O.S. 24.3 [51-24.3] DOES `NOT' APPLY TO " SALES " OF REAL PROPERTY TO THE STATE OR ANY OF ITS POLITICAL SUBDIVISION TRIGGERED BY A TAKING BY EMINENT DOMAIN. (RIGHT OF WAY, CRIMINAL PROSECUTION, STATE OFFICER) CITE: ARTICLE VI, SECTION 7, ARTICLE II, SECTION 15, 12A O.S. 2-106 [12A-2-106], 15 O.S. 211 [15-211], 22 O.S. 513 [22-513], 51 O.S. 24.3 [51-24.3] (JOHN D. ROTHMAN)